In the Matter of JOHN C. LOPES, a Disbarred Attorney. (Attorney Registration No. 1182898.) [868 NYS2d 894]

Prudenti, P.J., Mastro, Rivera, Spolzino and Dillon, JJ., concur.